BASS ANGLERS SPORTSMAN SOCIE-
TY OF AMERICA, INC., Plaintiff-
Appellant,

v.

KOPPERS COMPANY, Inc., Defendant-
Appellee.

No. 71–1622
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 1971.

Levin & Dees, Joseph J. Levin, Jr., Montgomery, Ala., for plaintiff-appellant.

John H. Morrow, Macbeth Wagnon, Jr., Birmingham, Ala., for Avondale Mills.

J. M. Williams, Jr., Montgomery, Ala., Tom Radney, Alexander City, Ala., for Russell Mills.

Ira DeMent, U. S. Atty., Montgomery, Ala., Samford, Torbert, Denson & Horsley, W. F. Horsley, Opelika, Ala., for West Point Pepp.

Shiro Kashiwa, Asst. Atty. Gen., Edmund B. Clark, Atty., Dept. of Justice, Washington, D. C., amici curiae.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Upon the joint opinion of the three District Judges, reported at 324 F.Supp. 412, *sub nom.*, Bass Anglers Sportsman Society of America, Inc. v. United States Steel Corporation, etc., et al., the judgment (or judgments) dismissing the action (or actions) in this case will be

Affirmed.